AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Blanchard

v.

Spokane County Sheriff Department

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 06-CV-260-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Plaintifff's Motion to dismiss (Ct. Rec. 8 and Ct. Rec. 9) are GRANTED.  Complaint is DISMISSED Without Prejudice.

11/28/06
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*

Vikki Johnson